02/21/2008 18:58 FAX 908 687 0573 CONSTABLES OFFICE
Case 7:07-cv-11593-WCC    Document 3    Filed 03/12/2008    Page 1 of 1    ☑002/047

2008022116374S

AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS, CIVIL COVER SHEET, COMPLAINT, EXHIBIT A |
| EFFECTED (1) BY ME: | OUT OF STATE |
| TITLE: | PROCESS SERVER |

DATE: 2/28/08 10:45 AM

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant:

NORTHEAST CREDIT & COLLECTIONS, INC., D/B/A NCC

Place where served: 120 NORTH Keyser Ave Scranton, PA 18504

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: In-house Counsel

Description of person accepting service:

SEX: F  AGE: 27  HEIGHT: 5,2  WEIGHT: 135-170  SKIN: white  HAIR: Blk  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

Kelly Gaidula
Kelly Gaidula ESQ.

---

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2/28/2008

_[signature]_ ..S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | BRAIN L. BROMBERG |
| PLAINTIFF: | ROBERT KEWIS |
| DEFENDANT: | NORTHEAST CREDIT & COLLECTIONS, INC., D/B/A NCC & COMMONWEALTH FINANCIAL SYSTEMS, INC. |
| VENUE: | SOUTHERN DISTRICT OF NEW YORK |
| DOCKET: | 07 CV 11593 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

TZ