IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Robert Lewis, on behalf of himself and all others similarly situated | : : : |
| Plaintiff | : CIVIL ACTION : |
| v. | : CASE NO. 07-CV-11593 (WCC) : |
| Northeast Credit & Collections, Inc., d/b/a NCC & Commonwealth Financials Systems, Inc., d/b/a NCC | : **Rule 7.1 Certificate** : : |
| _____X | |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorneys for defendants certifies that the defendants have no publicly held corporate parents, affiliates and/or subsidiaries and no publicly traded corporation owns 10 percent or more of their shares.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Peter T. Shapiro (PS 9692)
Local Counsel for Defendants Commonwealth
Financial Systems, Inc. and Northeast
Credit & Collections
199 Water Street
New York, NY 10038
212-232-1300

KELLEY & POLISHAN, LLC
Attorneys for Defendants Commonwealth
Financial Systems, Inc. and Northeast
Credit & Collections

4811-7543-4754.1

259 South Keyser Avenue
Old Forge, PA 18518
570-562-4520

To:   BROMBERG LAW OFFICE
      Attorneys for Plaintiff
      40 Exchange Place
      New York, NY 10005
      212-248-7906

4811-7543-4754.1